AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ NORTHERN _____ District of __CALIFORNIA__

| | |
|---|---|
| Joseph Vierra and Kevin Woodruff, on behalf of themselves and classes of those similarly situated,<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Timec Company, Inc., dba Transfield Services, a corporation<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Timec Company, Inc., dba Transfield Services, a corporation

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
John T. Mullan (SBN 221149)
Rudy, Exelrod, Zieff & Lowe, LLP
351 California Street, Suite 700
San Francisco, California  94104
Telephone:  (415) 434-9800
Facsimile:  (415) 434-0513

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                              *Signature of Clerk or Deputy Clerk*

AO-440