LINDBERGH PORTER, Bar No. 100091
lporter@littler.com
ROBERT L. ZALETEL, Bar No. 96262
rzaletel@littler.com
TARUN MEHTA, Bar No. 262886
tmehta@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, California  94108.2693
Telephone:    415.433.1940
Facsimile:    415.399.8490

Attorneys for Defendant
TIMEC COMPANY, INC. d/b/a TRANSFIELD SERVICES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH VIERRA and KEVIN WOODRUFF, on behalf of themselves and classes of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TIMEC COMPANY, INC. and TRANSFIELD SERVICES, LTD., and DOES 1 through 100 Inclusive,<br><br>Defendants. | CASE NO.  3:14-CV-04105-EMC<br><br>**STIPULATION AND [PR**~~OPO~~**SED] ORDER EXTENDING DATE TO COMPLETE PRIVATE MEDIATION BY ONE WEEK** |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

(CASE NO. 3:14-CV-04105-EMC)
FIRMWIDE:135812955.4 052001.1047

STIPULATION & PROPOSED ORDER

Plaintiffs JOSEPH VIERRA and KEVIN WOODRUFF and Defendant TIMEC COMPANY, INC. d/b/a TRANSFIELD SERVICES, LTD., through their undersigned counsel hereby stipulate as follows, and request that the time for completing private mediation be extended by one week to September 22, 2015.

WHEREAS, this is a putative wage hour class action involving in excess of a thousand putative class members; and

WHEREAS, this case was filed on September 10, 2014, and the FAC was filed on December 2, 2014; and

WHEREAS, at the first case management conference held on January 22, 2015 the Court referred the matter to private mediation, which was to be completed by September 15, 2015 (ECF No. 29 , Minute Order); and

WHEREAS, the parties acted promptly after the case management conference to select a mediator experienced in wage hour class action settlements, Jeffrey A. Ross Employment Mediation in Oakland , California; and

WHEREAS, the parties attempted to secure a mediation date prior to September 15 from the mediator, but he was setting mediation dates many months in advance, and the earliest date he was available that worked for the parties and their counsel was September 22, 2015; and

WHEREAS, on April 7, 2015 the mediator set the mediation date for September 22, 2015; and

WHEREAS, the parties had hoped that a cancellation in the mediator's schedule might allow them to mediate earlier, if necessary preparation for the mediation was completed, but this has not occurred, and the mediation is still scheduled for September 22, 2015; and

WHEREAS, preparation for the mediation has required the retention of an expert by Defendant to analyze its payroll records and provide detailed summaries and calculations which the parties believe are necessary for a meaningful mediation, which have, to the extent necessary for a meaningful mediation, been shared with Plaintiffs' counsel on a confidential mediation privileged basis, but which was time consuming and costly to prepare, and Defendant and Plaintiffs are still diligently working with their respective experts to prepare for the mediation; and

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

(CASE NO. 3:14-CV-04105-EMC)
FIRMWIDE:135812955.4 052001.1047

STIPULATION & PROPOSED ORDER

WHEREAS, despite diligent efforts of the parties, it does not appear possible to complete the mediation by September 15, 2015.

WHEREFORE, the parties request that the Court extend by one week to September 22, 2015 the time to complete private mediation.

DATED: September 10, 2015

*/s/ Robert L. Zaletel*
LINDBERGH PORTER
ROBERT L. ZALETEL
TARUN MEHTA
LITTLER MENDELSON, P.C.

Attorneys for Defendant
TIMEC COMPANY, INC. d/b/a
TRANSFIELD SERVICES, LTD

DATED: September 10, 2015

*/s/ John T. Mullan*
JOHN T. MULLAN
RUDY, EXELROD, ZIEFF & LOWE, L.L.P.

Attorneys for Plaintiffs
JOSEPH VIERRA and KEVIN WOODRUFF, on behalf of themselves and classes of those similarly situated

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

(CASE NO. 3:14-CV-04105-EMC)
FIRMWIDE:135812955.4 052001.1047

STIPULATION & PROPOSED ORDER

1

2  **[PR~~OPO~~SED] ORDER**

3  For good cause appearing, the parties shall complete private mediation by

4  September 22, 2015.

5
                9/11/15
6  DATED:_____



EDWARD M. CHEN

Judge Edward M. Chen

IT IS SO ORDERED

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

(CASE NO. 3:14-CV-04105-EMC)
FIRMWIDE:135812955.4 052001.1047

STIPULATION & PROPOSED ORDER