1  LINDBERGH PORTER, Bar No. 100091
   ROBERT L. ZALETEL, Bar No. 96262
2  LITTLER MENDELSON, P.C.
   333 Bush Street, 34th Floor
3  San Francisco, CA  94104
   Telephone: (415) 433-1940
4  Facsimile: (415) 399-8490
   Email: lporter@littler.com
5         rzaletel@littler.com

6  Attorneys for Defendant
   TIMEC COMPANY, INC. dba
7  TRANSFIELD SERVICES, LTD.

8  JOHN T. MULLAN, Bar No. 221149
   ERIN M. PULASKI, Bar No. 270998
9  RUDY, EXELROD, ZIEFF & LOWE, L.L.P.
   351 California Street, Suite 700
10 San Francisco, CA  94104
   Telephone:  (415) 434-9800
11 Facsimile: (415) 434-0513
   Email: jtm@rezlaw.com
12        emp@rezlaw.com

13 JAY T. JAMBECK, Bar No. 226018
   LEIGH LAW GROUP
14 870 Market Street, Suite 1157
   San Francisco, CA 94102
15 Telephone: (415) 399-9166
   Email: jjambeck@leighlawgroup.com
16
   Attorneys for Plaintiffs JOSEPH VIERRA and
17 KEVIN WOODRUFF, and all others similarly
   situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH VIERRA and KEVIN WOODRUFF, on behalf of themselves and classes of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TIMEC COMPANY, INC. dba TRANSFIELD SERVICES, a corporation,<br><br>Defendant. | CASE NO. 3:14-CV-04105-EMC<br><br>**JOINT STIPULATION AND [P~~ROP~~OSED] ORDER FOR CONTINUANCE OF HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge:  Hon. Edward M. Chen<br>Ctrm.:  Courtroom 5 - 17th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA |

Firmwide:139968880.6 052001.1047

CASE NO. 3:14-CV-04105-EMC                                    JOINT STIPULATION TO CONTINUE HEARING

Plaintiffs Joseph Vierra and Kevin Woodruff ("Plaintiffs") and Defendant Timec Company, Inc. dba Transfield Services ("Defendant"), by and through their attorneys of record, hereby stipulate as follows:

WHEREAS, this putative wage hour class action was initiated on September 10, 2014 when Plaintiffs filed their Class Action Complaint;

WHEREAS, the case was reassigned to the Honorable Edward M. Chen on November 18, 2014;

WHEREAS, in December 2014, the parties agreed to pursue early mediation of the case and to conduct limited discovery in advance of the mediation;

WHEREAS, following the exchange of initial discovery and meet and confer efforts between the parties, a *Belaire* notice was mailed out to putative class members in May 2015, and a class list was provided to counsel for Plaintiffs in June 2015;

WHEREAS, the parties have conducted discovery including requests for documents, interrogatories and depositions;

WHEREAS, two private mediations took place with mediator Jeff Ross on September 22, 2015 and March 2, 2016.  The parties made progress but did not resolve the case.

WHEREAS, the Court has extended the date for hearing class certification motions (either by Plaintiffs to certify a class, or by Defendant that a class cannot be certified) several times at the parties' request.  Currently the date for hearing class certification motions is June 9, 2016 at 1:30 p.m.  There is also a case management conference scheduled for that date.  Under the 35 day schedule in the Local Rules, motions for or against class certification are currently due May 5, 2016. The parties do not request that that date be extended.  The parties do request that once the opening brief or briefs and supporting papers are filed, rather than the 35 day schedule the Local Rules for oppositions, replies, and hearing, opposition briefs be due approximately 60 days later, and reply briefs due approximately 60 days thereafter.  While the scheduling of the hearing is left to the discretion of the Court, the parties propose that the hearing be held approximately 21 days after the reply brief or briefs are filed, to enable the parties to explore settlement again, with the benefit of fully briefed class certification motion.  In its November 10, 2015 order previously continuing the

Firmwide:139968880.6 052001.1047

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

CASE NO. 3:14-CV-04105-EMC                                    JOINT STIPULATION TO CONTINUE HEARING

1  motion for hearing on Plaintiffs' Motion for Class Certification (ECF No. 37, p. 4 of 4) the Court
2  stated:

3  > "Parties shall follow the civil local rule regarding notice requirement [for class certification] and may stipulate to a briefing
4  > schedule outside the normal 35 day notice."

5  The parties anticipate that there will be a substantial number of declarations filed by both sides in
6  this case, and that the parties may wish to depose the other side's declarants in order to prepare
7  opposition and reply papers. (The parties plan to take abbreviated depositions subject to reopening
8  at a later date if necessary). The parties are also still in the midst of conducting discovery which
9  may be relevant to the opposition or reply papers. The parties respectfully request that, while the
10 Court maintain the current May 5, 2016 date for the filing of Plaintiffs' Motion for Class
11 Certification (or a Motion by Defendant that a Class Cannot Be Certified), any opposition papers
12 will be due approximately 60 days thereafter (July 5, 2016), and any reply papers Friday
13 September 2, 2016, and that the hearing on the motion(s) be held approximately 3 weeks later, on
14 Thursday, September 23, 2016 at 1:30 p.m. (or such other date or time as the Court prefers). The
15 Case Management Conference currently scheduled for June 9, 2016 at 1:30 p.m. would also be
16 continued to that date. Joint Case Management Conference Statements would be due one week prior
17 to the new date.

18      WHEREAS the parties believe that this proposed schedule will move the case
19 towards resolution and better enable the parties to explore settlement with knowledge of the other
20 side's evidence, arguments and cases in support of their position, and will better enable the parties to
21 conduct adequate discovery to fully brief the class certification issues.

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

Firmwide:139968880.6 052001.1047        2.

CASE NO. 3:14-CV-04105-EMC        JOINT STIPULATION TO CONTINUE HEARING

1  IT IS SO STIPULATED.

2  DATED: April 20, 2016

3
4  */s/ Robert L. Zaletel*
   LINDBERGH PORTER
   ROBERT L. ZALETEL
5  LITTLER MENDELSON, P.C.

6  Attorneys for Defendant
   TIMEC COMPANY, INC. dba
7  TRANSFIELD SERVICES, LTD.

8  DATED: April 20, 2016

9  */s/ John T. Mullan*
   JOHN T. MULLAN
10 ERIN M. PULASKI
   RUDY, EXELROD, ZIEFF & LOWE, L.L.P.
11
12 Attorneys for Plaintiffs
   JOSEPH VIERRA and KEVIN WOODRUFF,
13 and all others similarly situated

14 **ECF ATTESTATION**

15 Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed,

16 on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

Firmwide:139968880.6 052001.1047      3.

CASE NO. 3:14-CV-04105-EMC      JOINT STIPULATION TO CONTINUE HEARING

## [PROPOSED] ORDER

For good cause appearing, Plaintiffs' Motion for Class Certification and any Motion by Defendant that a Class Cannot Be Certified, shall be filed with all supporting papers by the current date of May 5, 2016. Opposition papers shall be due July 5, 2016. Any reply papers shall be filed by September 2, 2016. The hearing on Motions for Class Certification shall be heard on September ~~23~~ 22, 2016 at 1:30 p.m. The Court will also hold a Case Management Conference at that time. A Joint Case Management Conference Statement shall be filed by the parties by September ~~16~~ 15, 2016.

IT IS SO ORDERED.

DATED: 4/22, 2016



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen
Firmwide:139968880.6 052001.1047

4.

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

CASE NO. 3:14-CV-04105-EMC                         JOINT STIPULATION TO CONTINUE HEARING