1  LINDBERGH PORTER, Bar No. 100091
   ROBERT L. ZALETEL, Bar No. 96262
2  LITTLER MENDELSON, P.C.
   333 Bush Street, 34th Floor
3  San Francisco, CA  94104
   Telephone: (415) 433-1940
4  Facsimile: (415) 399-8490
   Email: lporter@littler.com
5         rzaletel@littler.com

6  Attorneys for Defendant
   BROADSPECTRUM DOWNSTREAM SERVICES,
7  INC., formerly TIMEC COMPANY, INC.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | KEVIN WOODRUFF, on behalf of himself | CASE NO. 3:14-CV-04105-EMC
   | and classes of those similarly situated,
12 |                                      | **STIPULATION AND [PROPOSED]
   |              Plaintiffs,             | PROTECTIVE ORDER ADDING
13 |                                      | CHEVRON TO EXISTING PROTECTIVE
   |                vs.                   | ORDER (ECF 31)**
14 |
15 | BROADSPECTRUM DOWNSTREAM
   | SERVICES, INC., formerly TIMEC
16 | COMPANY, INC., a corporation,
   |
17 |              Defendant.

Firmwide:140400529.5 052001.1047

CASE NO. 3:14-CV-04105-EMC                    STIPULATION AND PROPOSED PROTECTIVE ORDER

1       This Agreement is entered into by and between the undersigned attorneys on behalf
2  of their respective clients, Kevin Woodruff on behalf of himself and classes of those similarly
3  situated ("Plaintiffs") and Broadspectrum Downstream Services, Inc. formerly Timec Company, Inc.
4  ("Defendant" or "Broadspectrum").  There is currently in place a Protective Order covering the
5  production and copying of documents and testimony in depositions (ECF No. 31 filed February 13,
6  2015).
7       Plaintiff has requested that Broadspectrum produce copies of Chevron Refinery
8  Manuals in Broadspectrum's possession which Chevron considers confidential.  Chevron has
9  requested to be afforded the protections of the Protective Order currently in place with respect to the
10 materials being produced by Broadspectrum, including that "the parties may first meet and confer
11 prior to the filing of [Chevron] Confidential Material as to whether or not the Parties should request
12 that the Confidential Material be filed under seal", and prompt notification if the material is
13 subpoenaed or subject to a document request in other litigation (ECF No. 31, p. 3, ll. 13-18, 23-28).
14 The parties agree that any Chevron Confidential documents which Defendant produces in discovery
15 will be treated as Confidential under the terms of the protective order currently in place (ECF No.
16 31).  Furthermore, pursuant to the notification and meet and confer provisions of the Protective
17 Order with regard to documents marked "Chevron Confidential", Plaintiff and Defendant agree to
18 communicate with Chevron counsel listed below, in addition to the other party in this case.
19       In the event any third parties serve a subpoena or document request in other litigation
20 to a party holding Chevron Confidential material in this case, the parties subject to the subpoena or
21 document request will promptly notify the other party that produced the Confidential material to
22 allow that party to file objections or otherwise attempt to prevent disclosure of the Confidential
23 material to the third party, and will not produce the Confidential material to the third party until
24 legally required to do so.  The party subject to the subpoena or document request will also promptly
25 notify Chevron counsel below for the same purpose.  Chevron will have all protections and
26 responsibilities of the parties set forth in ECF No. 31.
27       Chevron counsel to be notified is Nicholas Gallo, Chevron Corporation, 6001
28 Bollinger Canyon Road, San Ramon, California 94583; telephone (510) 242-5580; facsimile (925)

Firmwide:140400529.5 052001.1047

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

CASE NO. 3:14-CV-04105-EMC              STIPULATION AND PROPOSED PROTECTIVE ORDER

1  842-2501; Email: ngallo@chevron.com.

2  DATED: May 18, 2016

*/s/ Robert L. Zaletel*
LINDBERGH PORTER
ROBERT L. ZALETEL
LITTLER MENDELSON, P.C.

Attorneys for Defendant
BROADSPECTRUM DOWNSTREAM SERVICES, INC., formerly TIMEC COMPANY, INC.

DATED: May 18, 2016

*/s/ John T. Mullan*
JAY T. JAMBECK
LEIGH LAW GROUP

JOHN T. MULLAN
RUDY, EXELROD, ZIEFF & LOWE LLP

Attorneys for Plaintiffs
KEVIN WOODRUFF, on behalf of himself and classes of those similarly situated

### [~~PROPOSED~~] ORDER

For good cause appearing IT IS SO ORDERED.

DATED: __May 18__, 2016

_____
DISTRICT COURT JUDGE

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

Firmwide:140400529.5 052001.1047    2.

CASE NO. 3:14-CV-04105-EMC    STIPULATION AND PROPOSED PROTECTIVE ORDER