UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WOODRUFF,<br><br>    Plaintiff,<br><br>    v.<br><br>BROADSPECTRUM DOWNSTREAM SERVICES INC,<br><br>    Defendant. | Case No. 14-cv-04105-EMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO FILE UNDER SEAL**<br><br>Docket No. 47 |

Plaintiff has moved to file under seal certain portions of his motion for class certification and certain exhibits attached to the Mullan declaration in support of the motion for class certification. Plaintiff notes that the information sought to be sealed has previously been deemed confidential by Defendant. Defendant has now filed a declaration in which it states that it "is not requesting that portions of Plaintiff's Memorandum of Points and Authorities, or any Mullan exhibits other than numbers 6 and 13 be placed under seal." Docket No. 58 (Zalatel Decl. ¶ 3). Defendant has provided a sufficient basis for sealing Exhibits 6 and 13. Accordingly, the Court **GRANTS** the request to file Exhibits 6 and 13 under seal but otherwise **DENIES** the motion.

Plaintiff shall, within a week of the date of this order, publicly file his motion for class certification and all exhibits attached to the Mullen declaration, except for Exhibits 6 and 13.

**IT IS SO ORDERED**.

Dated: August 22, 2016

                                                          EDWARD M. CHEN<br>
                                                          United States District Judge