LINDBERGH PORTER, Bar No. 100091
ROBERT L. ZALETEL, Bar No. 96262
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 433-1940
Facsimile: (415) 399-8490
Email: lporter@littler.com
       rzaletel@littler.com

Attorneys for Defendant
BROADSPECTRUM DOWNSTREAM SERVICES,
INC., formerly TIMEC COMPANY, INC.

JOHN T. MULLAN, Bar No. 221149
jtm@rezlaw.com
RUDY, EXELROD, ZIEFF & LOWE, L.L.P.
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: 415.434.9800
Fax: 415.434.0513

JAY T. JAMBECK, Bar No. 226018
jjambeck@leighlawgroup.com
LEIGH LAW GROUP, P.C.
870 Market Street, Suite 1157
San Francisco, CA 94102

Attorneys for Plaintiffs KEVIN WOODRUFF, on behalf
of himself and classes of those similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WOODRUFF, on behalf of himself and classes of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BROADSPECTRUM DOWNSTREAM SERVICES, INC., formerly TIMEC COMPANY, INC., a corporation,<br><br>Defendant. | CASE NO. 3:14-CV-04105-EMC<br><br>**JOINT STIPULATION TO EXTEND BRIEFING AND HEARING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND [PROPOSED] ORDER THEREON**<br><br>Judge:   Hon. Edward M. Chen<br>Ctrm.:   Courtroom 5 - 17th Floor<br>         450 Golden Gate Avenue<br>         San Francisco, CA |

Firmwide:143481779.2 052001.1047

CASE NO. 3:14-CV-04105-EMC                                    JOINT STIPULATION TO EXTEND SCHEDULE

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

        Plaintiff Kevin Woodruff and Defendant Broadspectrum Downstream Services, Inc., formerly Timec Company, Inc., through their respective counsel, hereby stipulate as follows:

        WHEREAS, at the last Case Management Conference held on September 22, 2016, the parties advised the Court that they had reached a tentative settlement of this putative Class Action. By Minute Order (ECF No. 70 dated September 22, 2016) the Court ordered the Plaintiff to file his Motion for Preliminary Approval of the settlement by no later than October 27, 2016 with a hearing (and further Case Management Conference) scheduled for December 8, 2016 at 1:30 p.m.; and

        WHEREAS, the parties are still in the process of finalizing the settlement but need additional time for Timec to go through its payroll records and apportion class member hours worked into "turnaround" and "maintenance" work which will be used in the formula to distribute the settlement; and

        WHEREAS, the parties are currently reviewing and discussing their draft written settlement agreement but need additional time to finalize the distribution formula and other terms; and

        WHEREAS, no prior request for extensions in the briefing/hearing schedule have been sought.

        THEREFORE, the parties respectfully request that the Court continue the date for Plaintiff to file a Motion for Preliminary Approval of the settlement by one week to November 3, 2016, that any opposition be filed by November 17 and any Reply by November 23, and that the Preliminary Approval hearing and Case Management Conference be held on December 15, 2016 at 1:30 p.m. (with a Joint Case Management Conference Statement to be filed by December 8).

///

///

///

///

///

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

Firmwide:143481779.2 052001.1047

CASE NO. 3:14-CV-04105-EMC         JOINT STIPULATION TO EXTEND SCHEDULE

SO STIPULATED.

DATED: October 20, 2016

/s/ Robert L. Zaletel
LINDBERGH PORTER
ROBERT L. ZALETEL
LITTLER MENDELSON, P.C.

Attorneys for Defendant
BROADSPECTRUM DOWNSTREAM SERVICES, INC., formerly TIMEC COMPANY, INC.

DATED: October 20, 2016

/s/ John T. Mullan
JOHN T. MULLAN
RUDY, EXELROD, ZIEFF & LOWE, LLP,

Attorneys for Plaintiffs KEVIN WOODRUFF, on behalf of himself and classes of those similarly situated

### [PROPOSED] ORDER

Pursuant to the Stipulation of the parties, for good cause appearing, the Court hereby vacates the Minute Order ECF No. 70 issued on September 22, 2016 and establishes the following new briefing hearing and Case Management Conference Schedule:

1. Plaintiff's Motion for Preliminary Approval of the settlement shall be filed by November 3, 2016 with any Opposition to be filed by November 17, 2016 and Reply by November 23, 2016, the hearing and Case Management Conference to be held December 15, 2016 at 1:30 p.m. A Joint Case Management Conference statement shall be filed by November 8.

DATED: __10/21__, 2016

_____
DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

Firmwide:143481779.2 052001.1047

2.

CASE NO. 3:14-CV-04105-EMC                    JOINT STIPULATION TO EXTEND SCHEDULE

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940