| | |
|---|---|
| 1 | LINDBERGH PORTER, Bar No. 100091 |
| | ROBERT L. ZALETEL, Bar No. 96262 |
| 2 | LITTLER MENDELSON, P.C. |
| | 333 Bush Street, 34th Floor |
| 3 | San Francisco, CA  94104 |
| | Telephone: (415) 433-1940 |
| 4 | Facsimile: (415) 399-8490 |
| | Email: lporter@littler.com |
| 5 |       rzaletel@littler.com |
| 6 | Attorneys for Defendant |
| | BROADSPECTRUM DOWNSTREAM SERVICES, |
| 7 | INC., formerly TIMEC COMPANY, INC. |
| 8 | JOHN T. MULLAN, Bar No. 221149 |
| | jtm@rezlaw.com |
| 9 | RUDY, EXELROD, ZIEFF & LOWE, L.L.P. |
| | 351 California Street, Suite 700 |
| 10 | San Francisco, CA 94104 |
| | Telephone:  415.434.9800 |
| 11 | Fax:  415.434.0513 |
| 12 | JAY T. JAMBECK, Bar No. 226018 |
| | jjambeck@leighlawgroup.com |
| 13 | LEIGH LAW GROUP, P.C. |
| | 870 Market Street, Suite 1157 |
| 14 | San Francisco, CA 94102 |
| 15 | Attorneys for Plaintiffs KEVIN WOODRUFF, on behalf |
| 16 | of himself and classes of those similarly situated |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WOODRUFF, on behalf of himself and classes of those similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> BROADSPECTRUM DOWNSTREAM SERVICES, INC., formerly TIMEC COMPANY, INC., a corporation, <br><br> Defendant. | CASE NO. 3:14-CV-04105-EMC <br><br> **[PROPOSED] JUDGMENT** <br><br> Date:    May 4, 2017 <br> Time:   1:30 p.m. <br> Judge:  Hon. Edward M. Chen <br> Ctrm.:  Courtroom 5 - 17th Floor <br>          450 Golden Gate Avenue <br>          San Francisco, CA |

Firmwide:146233074.1 052001.1047

CASE NO. 3:14-CV-04105-EMC                                                                  [PROPOSED] JUDGMENT

1

2  The Court having granted Final Approval of the Parties Settlement in this case, the
3  case is hereby DISMISSED WITH PREJUDICE, with each Party to bear his/its own costs, except as
4  set forth in the Settlement approved by the Court, with this Court retaining exclusive jurisdiction to
5  enforce the Settlement Agreement, including over disbursement of the Settlement Funds.  This is a
6  Final Judgment.  The Clerk of the Court shall close this case.

7  IT IS SO ORDERED.

8

9  DATED:  May 4, 2017

    _____
    EDWARD M. CHEN
10  DISTRICT COURT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

Firmwide:146233074.1 052001.1047

CASE NO. 3:14-CV-04105-EMC                                              [PROPOSED] JUDGMENT